# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

QUIANA KING, individually and
on behalf of all others similarly situated          PLAINTIFF

VS.        Case No. 4:19CV00456 SWW

EMPOWER HEALTHCARE SOLUTIONS, LLC          DEFENDANT

## **ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 28th day of June 2019.

         AT THE DIRECTION OF THE COURT
         JAMES W. McCORMACK, CLERK

         BY: Heather Clark
             Courtroom Deputy to
             U.S. District Judge Susan Webber Wright