IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

QUIANA KING, Individually and on Behalf
of All Others Similarly Situated                                              PLAINTIFF

v.                        Case No. 4:19-cv-00456 KGB

EMPOWER HEALTHCARE
SOLUTIONS, LLC, and BEACON
HEALTH OPTIONS, INC.                                                         DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The Court has not certified a collective or class action in this case, nor does the settlement agreement purport to resolve any claims on behalf of any collective or class, according to all counsel. The action is dismissed with prejudice, and each party will bear its own costs and fees to the extent not otherwise provided for in the settlement agreement between the parties.

It is so ordered this 20th day of November 2019.

_____
Kristine G. Baker
United States District Judge